Commonwealth v. DiFerdinando, Appellant.

Submitted June 12, 1969. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING, and CERCONE, JJ.

*Mark E. Dolin,* and *Dolin and Dolin,* for appellant.

*James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION BY SPAULDING, J., September 11, 1969:

In view of our decision this day in *Commonwealth v. Chilengarian,* 215 Pa. Superior Ct. 112 (1969), we find the court below correctly denied appellant's motion for a new trial.

The judgment of sentence is affirmed.